| Case Name: | James Lambert | Conviction Date: | 02/05/2024 |
| Docket#: | 4:23-cr-00335-SEP | Request Date: | 01/17/2024 |
| | 8Kids II | | |

### Guidance for Use of Victim Impact Statement

1. Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include, among others, the right to be reasonably protected from the accused; the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; the right to full and timely restitution; and the right to be treated with fairness and with respect for the victim's dignity and privacy.  See 18 U.S.C. § 3771(a)(1), (a)(4), (a)(6), and (a)(8).

2.  If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General, through a designee, must receive and investigate complaints alleging that a Department of Justice employee failed to provide rights to a crime victim under 18 U.S.C. § 3771, and discipline may be imposed upon the employee for a willful or wanton failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. § 45.10.

3.  Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, including specific procedures to protect the child's privacy.

4.  To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), (6), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

> a) When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

> b) Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.

> c) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately from VISA for each and every individual defendant being sentenced.

5. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):

> a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.

> b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy, as pre-sentence reports are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.

> c) To the extent possible, prosecutors should avoid referring to identifying information about the victim in open court.

> d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

6. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:

> a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or

> b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).

> c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

Case Name:     James Lambert                    Conviction Date:   02/05/2024
Docket#:       4:23-cr-00335-SEP                 Request Date:      01/17/2024
               8Kids II

### STATEMENT OF JOHN DOE II

I am a young man, John Doe II, who is a victim of child sexual abuse and child pornography. My life has been forever changed because of this abuse. Unfortunately, the images from that period of abuse continue to be shared throughout the world.

The sexual abuse began when I was only nine years old and I was placed in a home. I lived with five other boys in the house. Under the sexual abuser's care, I was both sexually assaulted and photographed by him on almost a daily basis.

The sexual assault and abuse I experienced with my abuser included a wide range of disturbing sexual acts, including oral and anal rape, urination, and masturbation. My abuser photographed almost 800 graphic sexual photographic images of us and shared these pictures on the internet with like minded perverts.

I was asked, well how did this particular abuser victimize me? Each time someone downloads the pictures showing me being raped and abused I picture some pervert enjoying self gratifying pleasure from my pain. Each victim notification envelope represents someone who either monetarily or sexually profits from me. Each victim notification envelope represents a confirmation that those images of my suffering are still being viewed. How can I escape them?

This is not Napster, where people pirated music for free. Nor is it bootlegging a movie released in the theater. When people are caught downloading music and movies illegally, they are fined in order to protect the musicians and actors. This ensures the actors and their backing corporations are compensated and protects those industries by deterring others from criminal activity.

No, the distribution of child pornography is considerably worse than illegal downloading music or bootlegging movies. Listening to music is legal and is enjoyed and accepted in our culture. Child pornography delves into the sick and distorted world where children are sexually abused for the pleasure of an adult. Who is protecting me from this vicious cycle?

I don't know what the future will hold. This makes me angry and sad to think that someone else is profiting off of my pain. Currently, I have difficulty maintaining a job. If I apply for a job that needs a background check, I am worried that these pictures will surface. What if someone recognizes me, what if someone finds out?

When a market exists for child pornography, it will continue. I am constantly victimized, knowing the awful truth that I can never escape these photos or the people that profit from them both sexually and monetarily. I know I need counseling and help. My life continues to get worse, not better. My abuser stole my childhood and each of these defendants, who posses and distribute pictures of my abuse, steal my life. Each of these defendants keeps the cycle going by keeping the pictures circulating. I do not think I will ever fully heal until these graphic pictures are removed from the internet. Until then, this painful cycle continues.

Sincerely, John Doe II

| | | | |
|---|---|---|---|
| Case Name: | James Lambert | Conviction Date: | 02/05/2024 |
| Docket#: | 4:23-cr-00335-SEP | Request Date: | 01/17/2024 |
| | 8Kids  IV | | |

## Guidance for Use of Victim Impact Statement

1. Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include, among others, the right to be reasonably protected from the accused; the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; the right to full and timely restitution; and the right to be treated with fairness and with respect for the victim's dignity and privacy.  See 18 U.S.C. § 3771(a)(1), (a)(4), (a)(6), and (a)(8).

2.  If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General, through a designee, must receive and investigate complaints alleging that a Department of Justice employee failed to provide rights to a crime victim under 18 U.S.C. § 3771, and discipline may be imposed upon the employee for a willful or wanton failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. § 45.10.

3.  Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, including specific procedures to protect the child's privacy.

4.  To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), (6), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

  a) When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

  b) Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.

  c) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately from VISA for each and every individual defendant being sentenced.

5. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):

  a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.

  b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy, as pre-sentence reports are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.

  c) To the extent possible, prosecutors should avoid referring to identifying information about the victim in open court.

  d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

6. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:

  a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or

  b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).

  c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

Case Name:   James Lambert
Docket#:     4:23-cr-00335-SEP
             8Kids  IV

Conviction Date:   02/05/2024
Request Date:      01/17/2024

## VICTIM IMPACT STATEMENT FROM THE MOTHER OF JOHN DOES III, IV, AND V

I am the adoptive mother of three boys, John Does III, IV, and V, who were victims of sexual abuse and child pornography.

This horrible nightmare began when the boys were young.  In 2002, the boys were only 6 and 4 when they were removed from their biological parents due to abuse and neglect and placed elsewhere.   In September of 2003, the boys were placed with a man, "Stu", who ended up abusing them. This placement is where our family's true nightmares began.

While under Stu's care, all three boys were sexually assaulted and exploited by this deviant.  He began sexually assaulting the boys shortly after their arrival.  He would remove the boys from their beds, carry them into his bed, and molest them throughout the night.  Sometimes he would rape them in their own beds.  This house was not a home; it was a house of horrors.

Along with my boys, there were several other boys in and out of Stu's house.  Stu took nearly 800 graphic sexual photographic images of the boys and shared these disgusting images throughout the internet with other perverts.   These pictures depicted a wide range of sexual activities including photographs of the boys being sexually molested by Stu and the boys in sexual activities with one another.  These images included oral sex, anal sex, masturbation, urination, sexual pleasure from feces, and even brother with brother.  The children were small, and the man was big – the photos are shocking and horrific.  Every single one of these photographs invokes a memory of what should never have been, permanent reminders of perverted sexual victimization.

These assaults were so horrendous and so terrible; I had hoped and prayed that our boys would never have to relive these nightmares again.    Unfortunately, I was wrong.

Every time a deranged pervert posts and reposts these graphic images of my sons, our nightmare occurs again and again.  For I know that someone is deriving sick sexual pleasure from viewing pictures of my sons being raped.  Every time that another

pervert gets caught with my sons' images, the nightmare occurs all over again, and again, and again.  Unfortunately, with this, the healing process will never be complete no matter how old my children are.

These pornographic images will always hang over my children's heads and follow them throughout life like a dark cloud.  This nightmare could end if these perverts were to stop sharing these photographs but they do not.  Instead, they continue to exploit my sons' rapes and abuses by sharing these photographs with other like minded perverts while obtaining their own sexual gratification.  The more these photographs are disseminated throughout the internet, the greater the chance that my sons' friends and acquaintances could find out about their abuse, victimizing my sons over and over again.  I know my sons deserve better than to live under these shadows of fear, undeserved guilt, shame, and self-loathing.

Since my sons became victims, both initially and now, our family has had to learn a lot about this other world, the world of child pornography.  What message do we send by not punishing these perverted voyeurs if we do not give them the maximum penalty that the law allows?  That it is acceptable in our society to continue to spread explicit photographs of children being raped and exploited?  At a bare minimum, the defendant should compensate my sons for taking advantage of their abuse, as well as keeping these horrendous photographs alive and actively traded on this seemingly indestructible network of child pornography.

In days gone by, photographs such as these would be destroyed, burned into ash.  My children's memories of the horrors visited upon them could dim over time and healing could truly take place.

With people such as this defendant, actively seeking, purchasing, collecting, trading, and gratifying themselves with these horrific depictions of child rape, memories of these events are kept alive and nourished by his vile sickness of human spirit.  A victimless crime?  Hardly.

People may think, that the only victim of child pornography is the child himself and that the viewing of the pornography is remote in time, distance, and proximity from

Case Name:      James Lambert
Docket#:         4:23-cr-00335-SEP
                 8Kids  IV

Conviction Date:   02/05/2024
Request Date:      01/17/2024

the child rapes themselves.  My entire family is a victim of this child pornography.  Our children are certainly impacted by the knowledge that other people are enjoying themselves with pictures of our children's rape and torment.  I am likewise stressed to no end with helpless fury at the thought of what these people are doing with these photographs of my kids. Even though my kids are adults now, they still suffer. Every time our family learns of another case our hearts sink once more.  Will the torment ever end?

Sincerely,

The mother of John Doe's III, IV, and V

| | | | |
|---|---|---|---|
| Case Name: | James Lambert | Conviction Date: | 02/05/2024 |
| Docket#: | 4:23-cr-00335-SEP | Request Date: | 01/17/2024 |
| | 8Kids V | | |

### Guidance for Use of Victim Impact Statement

1. Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include, among others, the right to be reasonably protected from the accused; the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; the right to full and timely restitution; and the right to be treated with fairness and with respect for the victim's dignity and privacy.  See 18 U.S.C. § 3771(a)(1), (a)(4), (a)(6), and (a)(8).

2.  If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General, through a designee, must receive and investigate complaints alleging that a Department of Justice employee failed to provide rights to a crime victim under 18 U.S.C. § 3771, and discipline may be imposed upon the employee for a willful or wanton failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. § 45.10.

3.  Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, including specific procedures to protect the child's privacy.

4.  To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), (6), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

> a) When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

> b) Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.

> c) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately from VISA for each and every individual defendant being sentenced.

5. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):

> a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.

> b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy, as pre-sentence reports are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.

> c) To the extent possible, prosecutors should avoid referring to identifying information about the victim in open court.

> d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

6. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:

> a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or

> b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).

> c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

Case Name:    James Lambert                     Conviction Date:    02/05/2024
Docket#:      4:23-cr-00335-SEP                  Request Date:       01/17/2024
              8Kids V

<u>VICTIM IMPACT STATEMENT FROM THE MOTHER OF JOHN DOES III, IV, AND V</u>

      I am the adoptive mother of three boys, John Does III, IV, and V, who were victims of sexual abuse and child pornography.

      This horrible nightmare began when the boys were young.  In 2002, the boys were only 6 and 4 when they were removed from their biological parents due to abuse and neglect and placed elsewhere.   In September of 2003, the boys were placed with a man, "Stu", who ended up abusing them. This placement is where our family's true nightmares began.

      While under Stu's care, all three boys were sexually assaulted and exploited by this deviant.  He began sexually assaulting the boys shortly after their arrival.  He would remove the boys from their beds, carry them into his bed, and molest them throughout the night.  Sometimes he would rape them in their own beds.  This house was not a home; it was a house of horrors.

      Along with my boys, there were several other boys in and out of Stu's house.  Stu took nearly 800 graphic sexual photographic images of the boys and shared these disgusting images throughout the internet with other perverts.   These pictures depicted a wide range of sexual activities including photographs of the boys being sexually molested by Stu and the boys in sexual activities with one another.  These images included oral sex, anal sex, masturbation, urination, sexual pleasure from feces, and even brother with brother.  The children were small, and the man was big – the photos are shocking and horrific.  Every single one of these photographs invokes a memory of what should never have been, permanent reminders of perverted sexual victimization.

      These assaults were so horrendous and so terrible; I had hoped and prayed that our boys would never have to relive these nightmares again.    Unfortunately, I was wrong.

      Every time a deranged pervert posts and reposts these graphic images of my sons, our nightmare occurs again and again.  For I know that someone is deriving sick sexual pleasure from viewing pictures of my sons being raped.  Every time that another

Case Name:     James Lambert
Docket#:       4:23-cr-00335-SEP
               8Kids V

Conviction Date:   02/05/2024
Request Date:      01/17/2024

pervert gets caught with my sons' images, the nightmare occurs all over again, and again, and again.  Unfortunately, with this, the healing process will never be complete no matter how old my children are.

These pornographic images will always hang over my children's heads and follow them throughout life like a dark cloud.  This nightmare could end if these perverts were to stop sharing these photographs but they do not.  Instead, they continue to exploit my sons' rapes and abuses by sharing these photographs with other like minded perverts while obtaining their own sexual gratification.  The more these photographs are disseminated throughout the internet, the greater the chance that my sons' friends and acquaintances could find out about their abuse, victimizing my sons over and over again.  I know my sons deserve better than to live under these shadows of fear, undeserved guilt, shame, and self-loathing.

Since my sons became victims, both initially and now, our family has had to learn a lot about this other world, the world of child pornography.  What message do we send by not punishing these perverted voyeurs if we do not give them the maximum penalty that the law allows?  That it is acceptable in our society to continue to spread explicit photographs of children being raped and exploited?  At a bare minimum, the defendant should compensate my sons for taking advantage of their abuse, as well as keeping these horrendous photographs alive and actively traded on this seemingly indestructible network of child pornography.

In days gone by, photographs such as these would be destroyed, burned into ash.  My children's memories of the horrors visited upon them could dim over time and healing could truly take place.

With people such as this defendant, actively seeking, purchasing, collecting, trading, and gratifying themselves with these horrific depictions of child rape, memories of these events are kept alive and nourished by his vile sickness of human spirit.  A victimless crime?  Hardly.

People may think, that the only victim of child pornography is the child himself and that the viewing of the pornography is remote in time, distance, and proximity from

Case Name:    James Lambert
Docket#:      4:23-cr-00335-SEP
              8Kids V

Conviction Date:    02/05/2024
Request Date:       01/17/2024

the child rapes themselves.  My entire family is a victim of this child pornography.  Our children are certainly impacted by the knowledge that other people are enjoying themselves with pictures of our children's rape and torment.  I am likewise stressed to no end with helpless fury at the thought of what these people are doing with these photographs of my kids. Even though my kids are adults now, they still suffer. Every time our family learns of another case our hearts sink once more.  Will the torment ever end?

Sincerely,

The mother of John Doe's III, IV, and V

| | | | |
|---|---|---|---|
| Case Name: | James Lambert | Conviction Date: | 02/05/2024 |
| Docket#: | 4:23-cr-00335-SEP | Request Date: | 01/17/2024 |
| | Dalmations (C) | | |

### Guidance for Use of Victim Impact Statement

1. Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include, among others, the right to be reasonably protected from the accused; the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; the right to full and timely restitution; and the right to be treated with fairness and with respect for the victim's dignity and privacy.  See 18 U.S.C. § 3771(a)(1), (a)(4), (a)(6), and (a)(8).

2. If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General, through a designee, must receive and investigate complaints alleging that a Department of Justice employee failed to provide rights to a crime victim under 18 U.S.C. § 3771, and discipline may be imposed upon the employee for a willful or wanton failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. § 45.10.

3. Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, including specific procedures to protect the child's privacy.

4. To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), (6), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

   a) When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

   b) Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.

   c) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately from VISA for each and every individual defendant being sentenced.

5. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):

   a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.

   b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy, as pre-sentence reports are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.

   c) To the extent possible, prosecutors should avoid referring to identifying information about the victim in open court.

   d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

6. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:

   a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or

   b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).

   c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

## Multiple Victim Series Disclaimer: Dalmatians

Current as of October 9, 2014

The Dalmatians series has eleven identified victims.  There are three victim impact statements on file.  Two are from victims and the third one is from two victims' family.  In order to ensure that the victim impact statements for this series correspond to the child[ren] in the photo(s) you have charged, please contact the case agent for this series and have him or her identify the child[ren] in the photos you have charged.

Case Name:     James Lambert                    Conviction Date:    02/05/2024
Docket#:       4:23-cr-00335-SEP                 Request Date:       01/17/2024
               Dalmations (C)

### To whom it may concerns

I apologize for not being there today my work in California has kept me there longer than I expected, but I wanted my voice to be heard all the way across this country. I can't begin to tell you how this situation effected myself and my family, there are so many effected, truth, responsibility and justice are words thrown around every home and school around this country, what do they mean, How do you tell a child whose been manipulated, terrorized and victimized that everything would be ok, how do you tell that same child, tell the truth and justice will avail and the person responsible will pay for there action, when the person is still manipulating and victimizing from jail using court system. As the law has it set Mr. M█████ has more rights than my children, I find this really troubling. I could not believe what I was hearing when the district attorney called to tell me M████ had wanted to take the plea agreement that had stood from day one day two there should have been no deal on the table anymore, for my self hearing 50 years was like a slap on the face as to everything I have taught to my children since they were young. With truth justice will prevail I don't think any of us think 50 years as justice. Regardless of the demise of these monsters in this case. With a 50 years sentence, the thought in Mr. N█████'s head must be someday I could still get out. The authorities should not have allowed that thought to have entered his head.

I know with time, counseling and the love of their families all the people affected by this will move on with their lives – Mr. N████ has not won. I pray that anyone investigating, prosecuting, or judging this case never has to hear from a child close to him or her, that someone has sexually assaulted him or her. It leaves a knot in your stomach and a hole in your heart that can never be fixed, anyone who says they understand how you feel, and has never had a child close to them sexually assaulted, can't even imagine until it happens to you, you have no idea. I don't know if a thousand years would make me feel like justice has been served. But for the crimes that Mr. M█████ has committed 50 years seems like a slap on the wrist. Mr. M██████ has hasn't just taken the hope and dreams of 12 children and how many more that have not come forward. He has taken the hopes and dreams of our future and for that no amount of time could be justice enough.

All I can hope is Mr. M█████ gets his justice in prison. I thank the court for the time at least to be heard and I hope the court decides 50 years is not enough and sentences Mr. N█████ to a harsher, tougher sentence that sends a

Case Name:    James Lambert
Docket#:      4:23-cr-00335-SEP
              Dalmations (C)

Conviction Date:    02/05/2024
Request Date:       01/17/2024

message to all offenders like him that they cannot get away with this kind of
behavior.

Family

| Case Name: | James Lambert | Conviction Date: | 02/05/2024 |
|---|---|---|---|
| Docket#: | 4:23-cr-00335-SEP | Request Date: | 01/17/2024 |
| | Dalmations (Ke) | | |

### Guidance for Use of Victim Impact Statement

1. Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include, among others, the right to be reasonably protected from the accused; the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; the right to full and timely restitution; and the right to be treated with fairness and with respect for the victim's dignity and privacy.  See 18 U.S.C. § 3771(a)(1), (a)(4), (a)(6), and (a)(8).

2. If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General, through a designee, must receive and investigate complaints alleging that a Department of Justice employee failed to provide rights to a crime victim under 18 U.S.C. § 3771, and discipline may be imposed upon the employee for a willful or wanton failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. § 45.10.

3. Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, including specific procedures to protect the child's privacy.

4. To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), (6), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

   a) When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

   b) Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.

   c) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately from VISA for each and every individual defendant being sentenced.

5. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):

   a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.

   b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy, as pre-sentence reports are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.

   c) To the extent possible, prosecutors should avoid referring to identifying information about the victim in open court.

   d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

6. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:

   a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or

   b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).

   c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

Case Name:    James Lambert
Docket#:       4:23-cr-00335-SEP
                Dalmations (Ke)

Conviction Date:    02/05/2024
Request Date:       01/17/2024

## Multiple Victim Series Disclaimer: Dalmatians

Current as of October 9, 2014

The Dalmatians series has eleven identified victims.  There are three victim impact statements on file.  Two are from victims and the third one is from two victims' family.  In order to ensure that the victim impact statements for this series correspond to the child[ren] in the photo(s) you have charged, please contact the case agent for this series and have him or her identify the child[ren] in the photos you have charged.

| | | |
|---|---|---|
| Case Name: | James Lambert | |
| Docket#: | 4:23-cr-00335-SEP | |
| | Dalmations (Ke) | |

| | |
|---|---|
| Conviction Date: | 02/05/2024 |
| Request Date: | 01/17/2024 |



Feb '07

### Victim Impact Statement for the School-Aged Child

What is your name? K ███████████     ███████████

How old are you? ███████     What grade are you in? ███████

Please explain briefly what led to you originally being victimized or assaulted. You can continue on another piece of paper, if necessary, to answer this or any other question.

I Mett him at a fair and the next Ime tt him
year throsgh my brothers Then we
yang out at his Hoase hil told
one of them to get me involved whit
it.



Explain how your life has been affected by having images of your victimization viewed and downloaded by others from the internet and from knowing this is likely to continue occurring.

it makes me feel in bembarressed
and I dount like people haveing
me on the internet.

What sentence would you like a judge to order for someone caught sending, receiving or possessing sexually explicit pictures of you?

30 year in Jail



Case Name:    James Lambert
Docket#:      4:23-cr-00335-SEP
              Dalmations (Ke)

Conviction Date:    02/05/2024
Request Date:       01/17/2024

Describe any psychological or emotional long term effects that have occurred, and/or you expect will continue to occur, as a result of the defendant sending, receiving or possessing sexually explicit pictures of you.

*Some people don't forget*

Is there anything else you would like the judge to know about how you feel because of what has happened to you?

*Tortured*

| | | | |
|---|---|---|---|
| Case Name: | James Lambert | Conviction Date: | 02/05/2024 |
| Docket#: | 4:23-cr-00335-SEP | Request Date: | 01/17/2024 |
| | Dalmations (Ky) | | |

## Guidance for Use of Victim Impact Statement

1. Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include, among others, the right to be reasonably protected from the accused; the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; the right to full and timely restitution; and the right to be treated with fairness and with respect for the victim's dignity and privacy.  See 18 U.S.C. § 3771(a)(1), (a)(4), (a)(6), and (a)(8).

2.  If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General, through a designee, must receive and investigate complaints alleging that a Department of Justice employee failed to provide rights to a crime victim under 18 U.S.C. § 3771, and discipline may be imposed upon the employee for a willful or wanton failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. § 45.10.

3.  Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, including specific procedures to protect the child's privacy.

4.  To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), (6), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

   a) When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

   b) Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.

   c) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately from VISA for each and every individual defendant being sentenced.

5. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):

   a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.

   b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy, as pre-sentence reports are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.

   c) To the extent possible, prosecutors should avoid referring to identifying information about the victim in open court.

   d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

6. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:

   a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or

   b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).

   c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

| | | | |
|---|---|---|---|
| Case Name: | James Lambert | Conviction Date: | 02/05/2024 |
| Docket#: | 4:23-cr-00335-SEP | Request Date: | 01/17/2024 |
| | Dalmations (Ky) | | |

## <u>Multiple Victim Series Disclaimer: Dalmatians</u>
### Current as of October 9, 2014

The Dalmatians series has eleven identified victims.  There are three victim impact statements on file.  Two are from victims and the third one is from two victims' family.  In order to ensure that the victim impact statements for this series correspond to the child[ren] in the photo(s) you have charged, please contact the case agent for this series and have him or her identify the child[ren] in the photos you have charged.

Case Name:     James Lambert
Docket#:       4:23-cr-00335-SEP
               Dalmations (Ky)

Conviction Date:    02/05/2024
Request Date:       01/17/2024



## Victim Impact Statement for the School-Aged Child

What is your name? ▮ ███████████████

How old are you? ██████     What grade are you in? ██████ _____

Please explain briefly what led to you originally being victimized or assaulted. You can continue on another piece of paper, if necessary, to answer this or any other question.



I mett him at the fair and the next yea we mett through a friend. hangeout at his house he told tha other kids to get us invo lved

Explain how your life has been affected by having images of your victimization viewed and downloaded by others from the internet and from knowing this is likely to continue occurring.



makes me feel embaressed don't really tell any body don't like to talk to Police

What sentence would you like a judge to order for someone caught sending, receiving or possessing sexually explicit pictures of you?



humped to deth by a horse and maybe the bet aids and die

Case Name:     James Lambert
Docket#:       4:23-cr-00335-SEP
               Dalmations (Ky)

Conviction Date:    02/05/2024
Request Date:       01/17/2024

Describe any psychological or emotional long term effects that have occurred, and/or you expect
will continue to occur, as a result of the defendant sending, receiving or possessing sexually
explicit pictures of you.    Don't have any

Is there anything else you would like the judge to know about how you feel because of what has
happened to you?    that they all should
get hump by a horse
and get aids and get
stdf and all the other
kinds of sicknessis
in the world

| Case Name: | James Lambert | Conviction Date: | 02/05/2024 |
| Docket#: | 4:23-cr-00335-SEP | Request Date: | 01/17/2024 |
| | Football1 | | |

### Guidance for Use of Victim Impact Statement

1. Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include, among others, the right to be reasonably protected from the accused; the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; the right to full and timely restitution; and the right to be treated with fairness and with respect for the victim's dignity and privacy.  See 18 U.S.C. § 3771(a)(1), (a)(4), (a)(6), and (a)(8).

2.  If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General, through a designee, must receive and investigate complaints alleging that a Department of Justice employee failed to provide rights to a crime victim under 18 U.S.C. § 3771, and discipline may be imposed upon the employee for a willful or wanton failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. § 45.10.

3.  Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, including specific procedures to protect the child's privacy.

4.  To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), (6), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

    a) When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

    b) Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.

    c) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately from VISA for each and every individual defendant being sentenced.

5. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):

    a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.

    b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy, as pre-sentence reports are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.

    c) To the extent possible, prosecutors should avoid referring to identifying information about the victim in open court.

    d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

6. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:

    a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or

    b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).

    c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

| | | | |
|---|---|---|---|
| Case Name: | James Lambert | Conviction Date: | 02/05/2024 |
| Docket#: | 4:23-cr-00335-SEP | Request Date: | 01/17/2024 |
| | Football1 | | |

# UNITED STATES ATTORNEY'S OFFICE
## *SOUTHERN DISTRICT OF INDIANA*

## VICTIM IMPACT STATEMENT

Case Name: __UNITED STATES  v.  C████████████__

YOUR NAME: __J████  █████████████__  *(Please print)*

How has this crime affected you/your life?_____

_____SEE  ~~ATT.~~ENCLOSED  STATEMENT.
_____I  HOPE  THIS  HELPS.
_____

*Please continue your statement on additional sheet(s) of paper if you wish.*

Your Signature: ████████████████   Date: 4/16/2010

Case Name:     James Lambert
Docket#:       4:23-cr-00335-SEP
               Football1

Conviction Date:     02/05/2024
Request Date:        01/17/2024

# Victim Impact Statement

**How has this crime affected you and those close to you?**

The question should be, "How is not affected you and those close to you?" Ever since the night two detectives showed up at my door, I have been overly cautious on everything. But before I discuss, how I was affected, I want you to know the timeline of the criminal events and what our actions to those events were. Understand that first you will hear about the physical events and I will try to explain the emotional and psychological events after that.

On September 14, 2004, two detectives showed up at our door or rather our garage door. We still had our hurricane shutters up on our house. The detectives banged on the shutters and we told them we would meet them at the garage. This was about 10:00 in the evening. After opening the garage door, they proceeded to tell us that they had A█████████ in custody for child pornography on the internet and had reason to believe that our ████ year old son was a victim of other sex crimes as well. They did not want us to say anything to our son about it, but wanted us to take him to the Sexual Assault Treatment Center (SATC) in the morning to be interviewed. They also told us that he was not the only child involved and that our good friends and neighbors were also victims. We could not sleep well, if at all, that night. No surprise.

The next morning we took our son to the interview at the SATC. We lied to him and told him we were taking him to a doctor appointment with a different doctor. When we arrived, they put us in a room and let us watch a cartoon video while they got everything ready for the interview. The detective from the previous night came in and spoke to us. He asked my son if he knew why he was there. He said that he thought he was there to see a doctor. The detective told him that he was there to have a talk with him about A█████████ He told him that A█████████ was arrested and that he did not need to worry about A████ and that he wanted to talk with him about A████. He also told him that his friends and neighbors were also here and were going to be interviewed also. He said they were going to go into another room and talk and asked him if that was ok. He said it was. He left. We told our son that everything was going to be ok now and that he could talk to the detective. A few minutes later, our son went with the detective. After a while, it seemed like an eternity, he came back. We asked him if he was ok. He said yes and then we put the video back on. It was some Disney animated movie video. After about 10-15 minutes, our friends and neighbors came into the room. We, the parents, left the kids in the room watching the video and went to discuss the next steps with the detectives and the SATC.

We were told what had happened and that the kids told them a great deal of what they already knew from A████. They could not tell us what was said, because it could create a problem with the case. We asked if it was possible for A████ to get out of jail before the trial. They did not think so, but they don't make those decisions. It was decided that my wife and my friend's wife, would go and put an injunction against A████ so that he could not get within so many yards of our kids. We were told how to do that and also told that the press might get wind of this case because it is a sex crime. We all wanted to be informed of the case as it unfolded and wanted to know what was going on at all times. They told us if there was information that they could give us, they would contact us. They also wanted us back the next day to have the kids undergo a physical exam to make sure everything was all right with them.

We took our kids home and decided that it would be best to proceed with life as normal as possible for the kids. They were the victims and not at fault. We tried to speak with our son, but he was too embarrassed to talk about it. Within a couple of days, we went to the courthouse to petition for an injunction. We were told that A████ would be there to defend himself. We were also told to be prepared, because once they filed the charges against A████, the press would want to know more information. They also wanted to have coverage with his picture in case there were other victims. A couple of days later, the paper arrived and A████'s picture was there. My friend and I were coaches in our sons' football program. We knew many people and coached many of their kids. Many of these people also knew A████. Many did not know him but new his face. As soon as the paper came out with the picture, many people approached us about it and

Page 1 of 7

Case Name:     James Lambert                                    Conviction Date:     02/05/2024
Docket#:       4:23-cr-00335-SEP                                Request Date:        01/17/2024
               Football1

## Victim Impact Statement

wondered what had happened.  My friend had to deal with this more because A████ also worked with his construction company.  We tried very hard to protect each others kids by not involving them.  It was much easier to protect my son than it was to protect their son from all the questioning that came.  After all, A████ worked for him and was closer to his family then anyone else.  Many people did not know how close we were to each other.

    When we went to file the injunction, A████was there as expected.  Our wives' petitioned the court and A████ concurred with their statements.  The judge had no problem imposing the injunction with no time limit.  We had taken the kids to school while we went to court.  Afterwards, we went to lunch together and told each other that we were sorry for what happened and that we will do what we can for each other.  We were told at the SATC that most friendships break apart and many people move when things like this occurred.  While we are still friends today, I can see how this could easily happen.  Our course of action with our son was to not run away from life but to confront it.  We felt that this was more important than to change our lives and start new.  We felt our son would be stronger for this, so we decided to stay the course and get on with our lives.  After lunch, our friends left.  He had to go to work and she had things to do.  My wife and I were going to pick up the kids from school and bring them home.  Before we got to the school, our neighbor called and said that a TV crew was there and they were trying to get interviews with us.  She would not answer the door and told us to stay away.  She would call us when they were gone.

    My wife and I had to tell our work supervisors what had happened so that we would be able to get off of work when needed without too many questions or without jeopardizing our jobs.  My wife worked for ████ and they worked great with her on this.  It was not known by anyone at her workplace unless she told them.  The company I worked for also granted me the time I needed.  I don't think they knew how to react to this situation, although I am sure that they contacted the HR department for guidance afterwards.

    That night, the TV crews had a story about two moms from our area who filed an injunction to protect their kids from the person arrested for sex crimes previously reported.  This was on every local news channel during the 5:00 news, the 5:30 news, the 6:00 news, the 6:30 news, the 7:00 news and the 11:00 news.  It was also repeated a few times over the next few days.  Our football practice was at 6:00.  Those that approached after practice wanted us to know how sorry they were and that if we needed anything to let them know.  One parent called me during the 5:00 news and asked if everything was ok.  After practice, she told me that many parents were talking and she and a few others told them that they needed to keep it quiet and to themselves.  What would they think if it was their kid?  They all agreed and were pretty much quiet about the whole thing.  Besides coaching football, my friend and I were also board members of our ████ club.  Only a few of them knew we were close and they also approached me and offered support.  We were very fortunate to have friends that were there for us if we needed them.

    As time went on, we had to attend counseling sessions at the SATC.  This involved our older son as well.  We told him what had happened the day we got back from the SATC with the first interview.  He was 14 at the time and we were concerned that something may have happened with him.  He assured us it did not.  He was very pissed off when he heard.  He had worked with A████ in construction over the summer and thought of him as a friend.  We all had thought of him that way.  We went to counseling every week for quite some time.  My older son was the first to conclude his counseling.  He told us he mostly had to learn to deal with his anger towards A████.

    Over the next 11 months, we were in and out of the District Attorney's office and the SATC.  We were starving for more and more information on the case, the victims of similar crimes, and everything else that goes along with stuff like this.  It is still hard to describe what this is.  Sexual crime, Child Pornography, Sexual Abuse, Rape, Sexual Assault, whatever you call it, it was done to little boys somewhere between 6 and 8 years of age.  A████ finally got 40 years on a plea.  It was not enough, but it was chosen over seeing my son having to testify on the witness stand.  Strange how a witness stand is called that, when many times it is also

## Victim Impact Statement

the victim that is called to testify against the accused to bear witness for the court. Maybe it should also be called something to the effect of a "Remember the horror you lived through and now many months later relive what you are hoping to forget so you can get on with your life" stand.

And now, four years later, we are asked to write a victim impact statement so that a jury can understand what a victim goes through. Four years later, we may be asked to appear before a court and explain just that, if the court for some reason does not accept these written words and must hear directly from the victims before the court on a "witness stand." I, however, do not mind telling the story, but I must ask that my son's identity be protected by the court. He is not ready to be put on display. He wants to forget the whole thing ever happened, but how can he? His hundreds of pictures are still being seen on the World Wide Web by people like the defendant. Why would any person want to see these kinds of pictures unless they are turned on by them? Imagine that. Are you sexually aroused by seeing pictures of children performing sexual acts with adults or with each other? I am talking about children. You know the kindergarten kind. The first grader, second grader, third grader. The ones who haven't even gotten to puberty yet. Or maybe they have just begun puberty, but do you get sexually excited looking at those pictures? Is it enough for you to masturbate with? I am sorry for being so graphic, but it is a reality we unfortunately have to deal with. Put these people away forever. There is no healing for this.

Now that you understand the physical logistical changes that previously occurred in our lives, maybe you can better understand what we went through emotionally. The fear, shock, and awe, followed by sadness, anger, remorse, regret, terror, paranoia, and horror we felt when those two detectives knocked on the hurricane panels. What do they want? Why are they here at this hour? Are your parents ok? Are my parents ok? Did someone die and could not reach us after the hurricane? No, they are just going to tell us that our son was sexually molested over the past year or two by a good friend of ours. No way. Are you serious? Of course they are, why would they make this up? Oh My God!!! Our little boy. Our baby. Where is this monster now? Can he get out of jail? Can you let him out and tell me when and where? God I want to kill him. Wait detectives, tell us again because we did not fully comprehend what you just said. Our son was or could have been sexually molested by A█████, a good friend of ours. And he probably did the same to our other good friends and neighbors. Wow. All that from just the detectives coming over.

That night. Tears, questions, more tears, what do we do, more tears, we are lost. Can't sleep. Maybe a little. Whatever sleep we got it wasn't a sound sleep. Who can we talk to for advice? Who can we confide in tonight. No one. For tonight, we are all alone.

The next day. I Lie to my son. I never lie. I believe that no matter whatever happens in your life, the only sure thing you can control is your word. Keep it always. I preach this to my kids and now I am going to lie to my son so that he is not fearful of us knowing something is up. We go to the SATC. We are quiet. We don't know what to say or do while we are waiting. We know our good friends are here somewhere too. How are they? I am very concerned for them as well, but can't talk to them yet. I am sure that they feel the same way. How are they going to react? I hope they don't think it is their fault even though A█████ was their good friend first and we trusted their judgment initially to leave our son with them. No, I don't really believe that but all kinds of crazy thoughts are entering my head now. I wonder if they knew and were part of it. No, that really sounds ridiculous. They wouldn't do that. Would they? Finally, the officer is here. My son seems ok with this, but very unsure. I don't know what to say or do. What kind of a father am I? I should know what to do. I am supposed to have protected him. I told him I would. Damn. I am a terrible person for allowing something this terrible to happen to my son. My son goes off for his interview. The SATC comes in and talks with us about what is happening and that we are not the only ones to go through this. It isn't our fault nor is it our son's fault. He and us are victims of a sex crime. They are there to help us. Thank God. Someone to tell us what to do. Please be good and do the right thing. I hope these people really know what they are doing because I really haven't got a clue. They explain the chain of events that may

Page 3 of 7

Case Name:     James Lambert                    Conviction Date:    02/05/2024
Docket#:       4:23-cr-00335-SEP                 Request Date:       01/17/2024
               Football1

# Victim Impact Statement

follow. They also give us information about these types of cases. They set up counseling sessions. They give us information about coping. Good. Something to tell me something. I am thirsting for knowledge on the subject. Can't read it now though, our son is back. We are joined by our friends and their kids. Us parents go and talk to the people in the know and get the rundown of what basically happened. Our kids were sexually abused by A███ and he was apprehended after information came through the internet crimes division. I didn't know we even had an internet crimes division at the time. Even though this division only had a handful of people for all of ███████. That is all. That sucks. They, in turn, acted quickly to obtain a search warrant which prompted the arrest of A███. Through their investigation with A███, he confessed to having committed certain things with the kids. A███ had hundreds of pictures and many videos of our kids with and without A███ and had sent them to others in a chat room. The Son of a Bitch. They wanted to gather information of what we knew of A███ and get a better background of everything. What others he may have been in contact with, etc.

We spend some time with our friends and console each other and talk with the SATC people before we go back to the kids. We decide that the best course of action for all of us would be to try and keep things as normal as possible. We no longer know at this point what is normal, but we figured to just keep doing what we were doing.

I call my sister in █████. She works with Children's services. She is a social worker. She will be confidential and get me the real information I need. How do I know if the information from the SATC is really any good. I need more advice.

We get home. We talk with our son along the way and again at home to let him know that he didn't do anything wrong and if he wants to talk with us we are there for him. How can we say this? If we were there for him it never would have happened. Anger is a strong feeling that continues to come back even through today. We try to make life as regular as before. Continue as normal with school and football just like nothing bad happened.

New things come up. My wife and I can't have sex for quite a while. We are repulsed by our imagination of what may have happened with our son. You see we don't really know what happened or what was in the pictures. Just that there were pictures and something happened. We try to talk through it but we just can't. My wife reveals to me for that she was molested by a teacher when she was a child. Holy Sh*t. She never told anyone but now certain feelings or images come to mind when we do certain things. Oh My God. Is this going to happen to my son? Was he ever touched by anyone else besides A███? Now it becomes clear. I can't trust any of my friends or relatives. I become suspicious of everyone. I read the material by now and find that many child sex cases involved incest. Has my older son been involved? My wife? My friends? My brothers or sisters? Everyone I come in contact with has now become a potential child sexual predator with internet pictures and video of my son. Wow, I am paranoid. Better to be paranoid and my son safe than to ever let this happen again. I am still over cautious to this day. In fact, I became responsible for doing background checks on the volunteers in our █████ program. I know it isn't a sure thing. After all, A███ had no prior record so it wouldn't have done a thing, but it made me feel better that at least something was being done.

Now my family is under suspicion but I can't let my paranoia cripple me. As time goes by, I start to ease up. I start going to counseling at the SATC. They of course ask, how do I feel about this? What the H? How do you think I feel? Nevermind, don't say that. I feel awful. I feel guilty, I feel shocked still. I don't sleep well at night and we also have a sex problem. We decide it is best to see the counselor, separately. I find out that we have a big communication problem. Well, I knew that already, but I did not know how it affected my family. I would leave the counseling session feeling relieved and good only to turn angry later on. I was mad at myself and my wife. We had a lot of healing we needed to do. I had a lot of healing I needed to do. This took a few weeks for me to realize. I had things that I kept inside of me that I needed to

Page 4 of 7

Case Name:    James Lambert                          Conviction Date:    02/05/2024
Docket#:      4:23-cr-00335-SEP                       Request Date:       01/17/2024
              Football1

# Victim Impact Statement

discuss with someone and my wife is not always the person to discuss it with. Nor is she the one I need to vent to. We get angry at a lot of things and then take them out on the ones closest to us. This is something I had to change for myself. You could say that good came from this terrible event, but it wasn't the criminal act that brought on the good. The good was brought out by the people that work for the SATC, ████, and the DA's office.

I fear now that my child will never be able to put the past behind him. That his picture will show up somewhere on the internet. I fear that he will not turn out ok. That he will be on a date with a girl he loves and not be able to behave properly or be able to fully express his love because of the events that occurred when he was between 6 and 8 years old. I fear that somewhere down the line, his picture will again surface somewhere and force him to deal with this all over again and he won't be able to handle it.

I am angry that there are organizations out there who call themselves the North American Man/Boy Lover's Association (NAMBLA). I am angry that sexual crimes against children are not given the death penalty. I am angry that people think therapy will help these criminals. They are beyond help. They are the world's best manipulators.

We helped this guy do what he did because we did not recognize what he was doing. He was a great con artist. We trusted him. My son trusted him because we trusted him. He used that against us. My son thought that it was ok because Mom & Dad trust him so he should too. If he wants me to do something and I see other people doing things on the internet then it must be ok or Mom & Dad would not have him here. If others do it, and he gives me something for doing it then why not. A██ got my son to do things because it is easy to trick people who trust you. So now I trust very few people.

The question was "How has it changed my life?" How has it not is my reply. There is so much more I can say. I just am afraid to say more for fear that you will not take the time to read the words I have taken the time to write. After all, I am only a victim.

**Has this crime affected your ability to perform your work, make a living, run a household, go to school or enjoy any other activities you previously performed or enjoyed?**

I don't know if this has made a real affect or if I just don't think it has. Prior to this crime, I had worked in three career jobs. The first job was for 18+ years. The second was for five years and I left it to go back to the first job. The third job I was in for four years. This crime happened during my third job. I was there for another year. Then I held another position for 4 months before beginning another. The next job was for just under a year. Now I am substitute teaching, while looking for another job.

I have refinanced my house and also taken out an equity loan. These were done to make bill payments. Previously, I refinanced my home once to purchase a new air conditioner, remodel our bathroom, and put tile and new carpeting throughout my current home. I also refinanced my home when we redid our pool and resurfaced our pool deck and front walkway.

Before A██ violated our lives, I was very heavily involved in my community. I ran our soccer program for our city. Our program was the largest in the ████ club with about 1400 children. I was involved in the Baseball, Basketball, and Football programs as well. I coached my kids in every sport and spent numerous hours volunteering for the ████████ program. Now I only coach football and do the background checks.

I have also gained about 50 pounds.

Statement prepared by and for J████████ on June 5, 2008.



_____                    6/5/08
/Signature                                          Date

Page 5 of 7

Case Name:     James Lambert                    Conviction Date:   02/05/2024
Docket#:       4:23-cr-00335-SEP                Request Date:      01/17/2024
               Football1

# Victim Impact Statement

6/12/2010

     Here I am almost two years to the date, since I first wrote my Victim Impact Statement. I decided to add an addendum because there have been over 50 court cases involving my son in the past two years. In the past few weeks, about a 15 cases have been brought to our attention from US District Attorneys offices in Florida, Georgia, Texas, Indiana, New York, Minnesota, Nevada, Hawaii, and others. Every single one of these cases is a travesty in itself as long as one single picture of one single child is involved in any sexual case. Here I am, still haunted by a memory that will never fade. Just when you think it might be over, another one comes along. How do I find out about these? These letters arrive in the mail from the USDAO to inform us of what is going on. Why do I get these? I choose to be informed about anything that involves my family. I will never be blindsided again. The problem is that I fear my son will be bringing the mail one day and just be destroyed.

     About two to three weeks ago, I spoke to him about these cases. I wanted to know if he wanted to help put these guys away. I told him that he could write a statement explaining how he felt and what he went through when it happened so that the judges and juries in this world will get to hear about it first hand from an actual victim who survived. I asked him if he wanted to talk about it and he got very angry. I told him that I would still get this kind of information because I needed to know. I don't know why I want to know but I just need to know. I want to do something about it but I don't know what. He again got very angry and said he did not want to know anymore about it. He did not want to talk about it. He did not want me to ask him or tell him anything about these cases or about what he went through. It was the most upset I have ever seen him get. I was stunned at his reaction. You see, he is not a kid anymore. He is growing into a young man. He is ██████. He has grown quite a bit since this happened. He does not look at things like an innocent child who can be caught off guard. He is working out with weights. I don't think he ever wants to be put into a situation where he cannot defend himself. My concern is not the physical defense that he will have but rather the emotional and psychological effects that may come about one day. It seems to me, that he has never dealt with what happened but rather tried to just put it out of his mind. The reaction he gave me when I asked him about these cases leads me to believe this. I told him I was sorry for bringing these thing sup and that I would not ever do this again. I also told him that if he ever needs me to be there for him, I will be this time. I told him that I love him. With that, I ended the discussion and we moved on to something else.

     These cases are all about the same story. Some perverted individual gets off on sexual acts involving children. Each one comes with information about the victim's rights and what action the victim can take to help in a case if the victim wishes. It says that the victim can petition for restitution. I don't quite understand this one. What is the expense incurred for pain and suffering? I can understand petitioning to be reimbursed for expenses incurred, but what expense does one incur in the knowledge that you or your child must bear the burden of being victimized by SCUM for the rest of your lives? How is it that we are victimized for the rest of our lives? Every case is a permanent testimony that your life is about to be turned inside out again. Knowing that not only has your child has been victimized by someone you have never met or seen or even heard of before, but that you are going to get this sick feeling in the pit of your stomach again. The only solace is that maybe the judge or jury will not let this one get away with it. Maybe they will stand for the victim(s). Maybe, just maybe, this SCUM of a person will actually get the death penalty or if you don't believe in the death penalty, life in prison with no chance of parole. Whoever the defendant is, this SCUM of a person has an attorney to defend them. What or who did the defendant have to defend them? Some of the evidence is so grotesque, you can't help but wonder if it is real. I can tell you it is. My son would tell you also, but he cannot do that yet. I wonder why? Perhaps it had such an effect on him that he can only run from it and not face it. Thanks SCUM. Perhaps it is the knowledge that it will never end. Is there a price for Restitution on that? I said in my original statement, that I feared "That his picture will show up somewhere on the internet." Well it did; many times over in just two years thanks to SCUM like the defendant, who has an

Page 6 of 7

# Victim Impact Statement

attorney is their corner to defend them.  I understand that an attorney is needed to provide for a fair trail, to defend those might be innocent, but what is innocent about have a child's picture either on your computer, printed out, in a video, or whatever.  This is not an innocent act that this adult defendant has done.  Well, maybe it is the first time this defendant has ever done or had anything like this.  It might have been A▊▊'s first time also, but think hard about this.  It could also be the first time this child has been a victim of a sexual crime at the age of ……does it really matter what this pre-pubescent child's age is?  Maybe the child needs to be victimized more than once for there to be a harsher penalty.  Maybe the child needs to have been photographed or videoed in multiple pictures or filmed doing unspeakable acts in order to say, "Hey, let's not let this SCUM of a person off so easy this time."  How many pictures does one need to have before we say, "OK, the SCUM was only checking it out, the SCUM was just curious."  Come on, how many times, does a victim need to be a victim or victimized before you say, "That's it.  You get the death penalty or life in prison with no chance of parole."  My son happens to be alive.  What about those who are not identified in pictures or on videos?  Where are they?  Are they at home with their family, growing up to lead a normal life or did they just disappear?  Are we doing our part to stop this by not severely penalizing the true SCUM of the earth?  If you do not do your part then this problem will continue to grow.  I AM A VICTIM OF A SEX CRIME.  My son has been violated.  I am real.  My son is real.  Putting the SCUM away will NEVER change that, but it is one step closer to saving someone from being a potential victim.  RESTITUTION?  I don't believe that any amount of money will ever give the innocence back to a ▊year old boy who is now ▊▊ but maybe it will help him get the kind of help he will need when he finally comes face to face with his NIGHTMARE.  His dad may not be there when that time comes and hopefully it won't prevent him from having a life filled with Love and children of his own.


Statement prepared by and for J▊▊▊▊on June 13, 2010.



/ Signature                              6/13/2010
                                         Date


PS-Something I left out that victimizes me and my wife a few times every year.  The discovery of the events with A▊▊ and the subsequent hearings and statements all occurred on special dates.  They are the anniversary of our first date, our wedding, and our birthdays.  All because of something someone did to my child for the first and hopefully only time ever.


Page 7 of 7

| | | | |
|---|---|---|---|
| Case Name: | James Lambert | Conviction Date: | 02/05/2024 |
| Docket#: | 4:23-cr-00335-SEP | Request Date: | 01/17/2024 |
| | Rap72 (Jack) | | |

## Guidance for Use of Victim Impact Statement

1. Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include, among others, the right to be reasonably protected from the accused; the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; the right to full and timely restitution; and the right to be treated with fairness and with respect for the victim's dignity and privacy.  See 18 U.S.C. § 3771(a)(1), (a)(4), (a)(6), and (a)(8).

2.  If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General, through a designee, must receive and investigate complaints alleging that a Department of Justice employee failed to provide rights to a crime victim under 18 U.S.C. § 3771, and discipline may be imposed upon the employee for a willful or wanton failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. § 45.10.

3.  Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, including specific procedures to protect the child's privacy.

4.  To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), (6), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

    a) When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

    b) Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.

    c) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately from VISA for each and every individual defendant being sentenced.

5. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):

    a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.

    b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy, as pre-sentence reports are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.

    c) To the extent possible, prosecutors should avoid referring to identifying information about the victim in open court.

    d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

6. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:

    a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or

    b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).

    c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

Case Name:   James Lambert
Docket#:     4:23-cr-00335-SEP
             Rap72 (Jack)

Conviction Date:   02/05/2024
Request Date:      01/17/2024

**RAP72 SERIES**
**VICTIM IMPACT STATEMENT**

| | | | |
|---|---|---|---|
| Case Name: | James Lambert | Conviction Date: | 02/05/2024 |
| Docket#: | 4:23-cr-00335-SEP | Request Date: | 01/17/2024 |
| | Rap72 (Jack) | | |

### "JACK" VICTIM IMPACT STATEMENT

I make this declaration under penalty of perjury. I am a victim of child pornography.

At the time my abuse I was a child. I have never told anyone (other than the police, my lawyers, and Dr. Green) about what happened to me as a child. Even though I was just a child, and didn't fully understand what was going on, I feel a great deal of shame and embarrassment knowing that the images of my abuse are available to others.

I did not know that images of my abuse were recorded or distributed, until I was informed by law enforcement, many years after the abuse occurred. Learning that there were images was very upsetting to me. Knowing that people can see these images from many years ago is a very unsettling feeling and makes me feel very insecure. You never know who has seen it. It could be anyone.

It's something that never goes away, and no matter what I try or how hard I try, it's something I cannot forget or escape.

Having the images of my childhood sexual abuse in circulation on the internet, and among pedophiles truly affects every day of my life. It makes me antisocial. I don't want to be around people, and I avoid situations that will bring me in to contact with others because I don't know who might have seen the images.

I have no confidence. I have a hard time talking to people that I meet, and even people that I know.

I have never told anyone (other than the police, my lawyers, and Dr. Green) about what happened to me as a child. I have not shared this with any of my family members or close friends.

It's something that is always in the back of my head and that I have to deal with for the rest of my life. It is a burden that I do not feel that I can share with anyone who knows me.

Dated this 25th day of January, 2019.



Case Name:     James Lambert
Docket#:       4:23-cr-00335-SEP
               RapJerseys (Kauzie)

Conviction Date:     02/05/2024
Request Date:        01/17/2024

## Guidance for Use of Victim Impact Statement

1. Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include, among others, the right to be reasonably protected from the accused; the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; the right to full and timely restitution; and the right to be treated with fairness and with respect for the victim's dignity and privacy.  See 18 U.S.C. § 3771(a)(1), (a)(4), (a)(6), and (a)(8).

2.  If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General, through a designee, must receive and investigate complaints alleging that a Department of Justice employee failed to provide rights to a crime victim under 18 U.S.C. § 3771, and discipline may be imposed upon the employee for a willful or wanton failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. § 45.10.

3.  Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, including specific procedures to protect the child's privacy.

4.  To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), (6), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

    a) When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

    b) Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.

    c) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately from VISA for each and every individual defendant being sentenced.

5. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):

    a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.

    b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy, as pre-sentence reports are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.

    c) To the extent possible, prosecutors should avoid referring to identifying information about the victim in open court.

    d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

6. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:

    a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or

    b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).

    c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

Case Name:     James Lambert                          Conviction Date:    02/05/2024
Docket#:       4:23-cr-00335-SEP                        Request Date:       01/17/2024
               RapJerseys (Kauzie)

I was a victim of child sexual abuse, starting before I was eleven years old and continuing for almost two years.  I was manipulated and groomed and left to believe that my victimization was all my fault.  I have spent much of my adult life trying to move forward in my own way and leave that victimization behind. I was working on it.  My life was thrown into absolute chaos and I was robbed of my right to decide who should know about that shame filled part of my history when the police called me and met with me because sex offenders were trading images of my abuse online.

Having these photos posted on the internet and knowing that there are nothing but sick individuals pleasuring themselves to me being molested as a kid has done nothing but haunt me for ever since. I can't eat, I can't sleep unless if I'm using drugs and alcohol.

I'm scared to go to bed cause all I can do is just picture these sick people using the pictures of my most vulnerable state to their advantage. If I'm lucky enough to fall asleep then that's all I have dreamt about since I've been told what's happened. I have not been in a relationship in over 5 years (since these images were discovered) and I haven't slept with anyone in almost 3 years because I am unable to perform because when I feel the slightest bit of comfort towards someone else that's all I can think about.

Being manipulated and groomed and then sexually abused when I was young was one thing, but I got over it. The one thing I can't get over is knowing that people are still constantly reliving and enjoying what has happened to me. I am sorry but I'm not sure there is a punishment significant enough for the hurt they are causing by the way they have seen me and enjoyed the nightmare that I had to go through as a kid.

 At first when I found out I was in shock. I didn't know what to feel because I have always tried to hide my emotions but as the time has gone by all I could feel is anger and disgust in myself because I feel like I let these pictures happen. It's just another way to blame myself and feel shame for all that is happening in my life.  I hate myself for it and I have honestly tried to kill myself just so that I don't have to think about it anymore. I can't keep committed to anything anymore cause I'm terrified that if I trust

1

Case Name:    James Lambert
Docket#:      4:23-cr-00335-SEP
              RapJerseys (Kauzie)

Conviction Date:    02/05/2024
Request Date:       01/17/2024



someone enough that I ~~would~~ have to deal with this again. This isn't about what one sick person did to me anymore.  There is a whole community out there that continues to want to hurt me.  I get extremely angry and defensive at the slightest problem that happens my way because I don't want to ever feel what I am feeling right now.

I feel like my trust in humanity ~~is~~ *has* gone knowing that there are people out there watching me at my most vulnerable state. It absolutely sickens me and I honestly do feel like I'm not a man but a kid that is just stuck in a corner with no way out. Knowing what I know now if I knew I could just not wake up tomorrow I would do it. I hate the way that these pictures have ruined my life and turned me into how I feel today. I try to better my life but no matter what I will always know that there is this piece of scum that is jerking off to my pictures and videos. I honestly wish that I could just end it to not have to feel anymore but I know that will never happen so I have to live the rest of my life feeling the way I do. I hope this message gets brought to these scum bags so that they actually realize how much they have ruined not only my life, but my soul and spirit. I wasn't always the best kid but I was happier towards life instead of constantly feeling worthless and looking at myself like I'm the problem. I can't even take a picture unless if I'm forced to because of this and people get frustrated and mad at me but they will never understand how I feel. This whole situation is nothing but horrible and I don't know how much I have left in me to take. These people have taken all my emotions from me and I can't cope with it anymore.

If there is one thing I could say to those entertained by the  images of my abuse,  I honestly wish you nothing but the worst because you have taken everything from me – my present and my future.

I swear and affirm under penalty of perjury that the above statement is true.

Date: March 29, 2019          Signature:_____

"Kuazie" from the "Rapton" series

2

Case Name:   James Lambert
Docket#:     4:23-cr-00335-SEP
             SpongeB (Andy)

Conviction Date:   02/05/2024
Request Date:      01/17/2024

### Guidance for Use of Victim Impact Statement

1. Title 18, United States Code, Section 3771(a) provides certain rights to victims of federal crimes. Those rights include, among others, the right to be reasonably protected from the accused; the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; the right to full and timely restitution; and the right to be treated with fairness and with respect for the victim's dignity and privacy.  See 18 U.S.C. § 3771(a)(1), (a)(4), (a)(6), and (a)(8).

2.  If a U.S. Department of Justice employee fails to respect a victim's rights, a process is available by which the victim may file an administrative complaint. The Attorney General, through a designee, must receive and investigate complaints alleging that a Department of Justice employee failed to provide rights to a crime victim under 18 U.S.C. § 3771, and discipline may be imposed upon the employee for a willful or wanton failure to protect a victim's rights. The complaint process is more fully described at 28 C.F.R. § 45.10.

3.  Title 18, United States Code, Section 3509(d) provides additional protections for crime victims who are under the age of 18 at the time of the proceeding, including specific procedures to protect the child's privacy.

4.  To comply with the provisions of 18 U.S.C. § 3771(a)(1), (4), (6), and (8), prosecutors should follow these guidelines when obtaining and using victim impact statements in child pornography cases:

   a) When providing this statement, the victim only consented to its use at sentencing, probation, or parole proceedings. Therefore, in order to respect the terms of the victim's consent, this statement should not be used for any other type of proceeding.

   b) Victims may withdraw or revise their statement. Therefore, prosecutors should obtain the statement as close as possible to the sentencing date for each individual defendant, in order to best ensure that the most up-to-date statement is used at that sentencing.

   c) Once obtained, the statement should only be used in connection with the individual defendant being sentenced. Rather than re-using statements in subsequent sentencings, a victim impact statement should be obtained separately from VISA for each and every individual defendant being sentenced.

5. The following measures will help protect the victim's safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d):

   a) The content of this statement should only be disclosed to the Court, the Probation Office, the defendant, and his counsel. The victim's personal or identifying information should be redacted from the statement.

   b) Providing the statement to the Probation Office for inclusion in the pre-sentence report best protects the victim's privacy, as pre-sentence reports are not publicly available. If the statement is filed with the court by letter or as part of a sentencing memorandum, it should be filed under seal.

   c) To the extent possible, prosecutors should avoid referring to identifying information about the victim in open court.

   d) The statement should be stored in a secure manner and location, and properly destroyed once the case is completed.

6. When requesting a statement on behalf of a state or local prosecutor, prosecutors should either:

   a) obtain a representation from the state or local prosecutor that there are comparable laws or procedures in the state or local jurisdiction that provide for the protection of a victim's safety, privacy, and dignity; or

   b) obtain a representation from the state or local prosecutor that they agree to abide by these guidelines and the provisions in 18 U.S.C. § 3771(a)(1) and (8) (which provide that victims should be treated fairly and with respect for their safety, privacy, and dignity), and, in cases where the victims are still minors, 18 U.S.C. § 3509(d) (which provides certain privacy protections).

   c) Only victim impact statements that are marked "federal, military, state, and local cases" can be provided to state and local prosecutors. If a statement is marked "federal and military cases only" it means that the victim has not provided consent for the statement to be used in any other type of criminal proceeding.

| | | | |
|---|---|---|---|
| Case Name: | James Lambert | Conviction Date: | 02/05/2024 |
| Docket#: | 4:23-cr-00335-SEP | Request Date: | 01/17/2024 |
| | SpongeB (Andy) | | |

October 22, 2020

Victim Impact Statement

**To Whom it May Concern:**

The name I go by is Andy from ████, I am a male victim of child sex abuse and child pornography. My sexual abuse occurred from the ages of 6 – 12. During this time my victimization was documented and shared across the country, and is continuously being shared. My series of victimization is known as the Sponge Bob Series. The images and videos taken of me being sexually abused are one of the most widely distributed male victim series in the country.

The aspect of my victimization that is hardest to deal with is the child pornography. There are over 500 cases where criminals are either under investigation, charged or sentenced with being in possession of my images. The fact that my images are out there, and are being shared every day, is something that I think about and have to deal with every day of my life.

Since learning about the widely shared pornography, I have experienced negative changes in my life, my personality, my outlook on life and the world, and my ability to trust and interact with people. One of the main issues I deal with is anger—especially to male strangers. I am naturally suspicious, even when I see people in grocery stores or walking around my community. I fear that someone has viewed the pornography showing my abuse. I fear that I will be recognized. I struggle with extreme anger and trust issues. Some of this anger has lead me to act out aggressively—sometimes to strangers, other times to family members, friends and even though who are just trying to help me. I find it difficult to regulate my hatred, suspicions and fears. Unfortunately, to cope with my anger and to deal with the knowledge of my abuse being looked at—probably on a daily basis—I also turn to other destructive diversions such as drugs and alcohol. How else can someone live with what is happening to them over and over again? Through some therapy, I am trying to learn other coping skills but it is hard and it is a daily struggle.

I THINK ABOUT THE CHILD PORNOGRAPHY EVERY DAY! There is not one day that goes by that I don't think, with hatred, about the sick and disgusting people who view, trade, save and "get off" on my abuse when I was just a little kid and couldn't defend myself. It is sickening. I feel that every single criminal that is found with mine or another child's images should be held accountable for the highest amount possible to help us victims repair our lives. Each pervert who finds pleasure in my childhood abuse should suffer the fullest consequences of the law—be that prison, strict parole conditions, restitution, counseling, and, they should NEVER be allowed to be alone with little kids.

Now that I am over the age 18, I am in more fear. I worry about these perpetrators coming after me and harming the children in my life. I think about this every day.

My images may never be taken off the internet and may always be circulating across the country, but in THIS case, with THIS defendant, I ask for justice to be served. Please hear my voice and know it is difficult for me to know there are defendants out there, like the one before you at sentencing. Please hold him accountable for his harm of me. With restitution, my hope is that I can start to heal, learn how to handle my circumstances, and build my life.

Thanks,


Andy

*Andy is my pseudonym to keep my identity private; my true identity can be confirmed by speaking with my attorney's.