UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 4:23-CR-335 SEP |
| JAMES LAMBERT, | ) ) ) | |
| Defendant. | ) | |

**<u>DEFENDANT'S FIRST MOTION TO CONTINUE SENTENCING HEARING</u>**

Defendant James Lambert, through attorney William Marsh, respectfully requests that this Honorable Court continue his June 18, 2024 sentencing hearing an additional two weeks. Mr. Lambert specifically requests that his sentencing be reset to July 2, 2024 at 2:30. In support, he states:

1. Counsel is conducting investigation and research relevant to sentencing and needs additional time to ensure that all necessary work is completed prior to Mr. Lambert's appearance before the Court. Given Mr. Lambert's significant exposure in this case, he believes an additional two weeks is reasonable to assure that any and all relevant information is presented to the Court for consideration at sentencing.

WHEREFORE, Mr. Lambert requests that the Court continue his sentencing hearing to July 2, 2024 at 2:30 p.m.

Respectfully submitted,


By: /s/ William T. Marsh
William T. Marsh, #60906MO
1401 South Brentwood Boulevard, Suite 950
St. Louis, Missouri 63144
Phone: (314) 455-5555
Fax: (314) 727-2869
E-Mail: William.Marsh@KesslerWilliams.com

*Attorney for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify on June 5, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney.

/s/ William T. Marsh
William T. Marsh