Dear Honorable Judge Pitlyk,

I am writing to you today as a parent, but also deeply hurt and conflicted. My son James Ryan Lambert, whom I have loved since he was a child, has committed a heinous crime. As a parent, it is my duty to support and stand by my child, but as a human being, I am also deeply affected by the pain and suffering he has caused.

My son's victims are my own nephew and grandson. The very thought of this fact brings me to tears and fills me with immense guilt and shame. I cannot even begin to imagine the pain and trauma that my son's actions have inflicted upon them. As a parent, I feel responsible for not being able to prevent this tragedy and for the pain my family is going through.

I have always believed that my son was a good and decent person, but his actions have broken that belief. I am struggling to come to terms with the fact that he is capable of such despicable acts. I know that he is facing the consequences of his actions, and I do not wish to minimize or justify them in any way. I am writing to express my deepest apologies, love and support to my nephew and grandson. I am truly sorry for the pain and suffering my son has caused, and I pray that someday they can find it in their hearts to forgive him.

As a parent, it breaks my heart to see my son in this situation. I know that he is responsible for his actions, and I cannot defend or excuse them. However, I also know that he is not a monster. He is a troubled individual who needs help and guidance. I hope that the court will consider this and provide him with the necessary resources to rehabilitate him.

I understand that my son must face the consequences of his actions, and I am not asking for leniency. I only ask that the court takes into consideration the impact of this situation on our entire family. We are all hurting, and I hope that the court can help us heal and move forward in a positive direction.

Thank you for taking the time to read my statement. I trust that you will make a fair and just decision for all parties involved.

Sincerely,

Jim Lambert