Dear Honorable Judge Pitlyk,

I am writing this letter to express my support for my son, James Lambert, who has been convicted of child sexual abuse. This has been an extremely difficult and heartbreaking situation for our family, and I am struggling to find the right words to convey the depth of my emotions.

As a mother, it is devastating to learn that my son has committed such a heinous act. I am filled with immense sorrow for the pain and trauma that my grandson and nephew have experienced. I cannot even begin to imagine the impact this has had on their young lives.

However, I also cannot ignore the fact that my son is mine. I have known him since the day he was born and have watched him grow into a kind, compassionate, and loving person. We speak with James every evening and he has expressed regret for having brought "filth" into ████'s life and continues to say he would do anything for ████.

I am not trying to excuse or justify his actions in any way. What he did was wrong and he must face the consequences of his actions.

I am willing to do whatever it takes to help my son make amends for his actions and seek the necessary help to prevent any future harm. I understand the gravity of the situation and the importance of holding him accountable for his actions. Please let me help my son after his jail time.   My great grandmother lived to be 103.  When he is released, I would like to have him at my home in Florida.

If I was the parent of my nephew or grandson, I would expect justice. This is the worst for a parent whose child has done this wrong.  I want to assure you that my grandson and nephew have my full support and I will do everything in my power to ensure their safety and well-being. I am committed to helping them heal from this traumatic experience and will stand by them every step of the way.

Thank you for taking the time to read this letter.

Sincerely,


Wendy Zwolenski-Lambert